UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Johanna Piñero Ocana, et al
v.
U.S.A.

CASE NUMBER: 97-1332 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**     **Docket # 23**<br>[x] Plffs   [ ] Defts   [ ] Other<br>**Title:** Reply to Defendant's supplemental motion to dismiss | In support of its motions to dismiss, Defendant has filed documentary evidence. *See* docket nos. 5 & 18. In their reply, Plaintiffs argue that because of this evidence, the motions should be considered a motion for summary judgment. Plaintiffs also request that they be allowed to conduct discovery to properly respond to the motions. Defendant has not opposed Plaintiff's request.<br>  The Court **grants** the motion. The Court shall consider Defendant's motions to be motions for summary judgment. *See* Fed. R. Civ. P. 12(b). Plaintiffs shall have until **July 14, 2000**, to conduct discovery in response to Defendant's motions. *See* Fed. R. Civ. P. 56(f). Plaintiffs shall have until **July 26, 2000**, to file an opposition. |

Date 5/30/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


