# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Johanna Piñero Ocana, et al
    v.
U.S.A.

CASE NUMBER: 97-1332 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 6.21.00    **Docket # 27**<br>[x] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Motion | Granted in part. Plaintiffs shall have until **August 10, 2000**, to conduct discovery and until **August 18, 2000,** to file an opposition. No extensions will be granted to these deadlines. |

Date 6/22/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


