# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Johanna Piñero Ocana, et al

v.                                              **CASE NUMBER:** 97-1332 (HL)

U.S.A.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 6.27.00  **Docket # 29**<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other**<br>**Title:** Motion requesting reconsideration | Denied. The Court does inform Plaintiffs that any failure in the future to notify Defendant with a copy of a motion will result in the imposition of sanctions, including the dismissal of this case.<br>The deadlines set in the Court's order of June 22, 2000, for concluding discovery on the summary judgment issue shall remain in effect. Plaintiffs shall have until **August 10, 2000**, to conduct discovery and until **August 18, 2000,** to file an opposition. No extensions will be granted to these deadlines. |

Date 7/14/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**




