UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Johanna Piñero Ocana, et al
v.
U.S.A.

CASE NUMBER: 97-1332 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8.4.00    **Docket # 33**<br>[x ] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion for reconsideration | Plaintiffs move the Court to reconsider its order of July 28, 2000, in which it denied Plaintiffs' motion for an order to compel certain witnesses to appear to be deposed. The Court denied the motion on the grounds that the witnesses should have been subpoenaed and that Plaintiffs failed to specify a place for the depositions.<br>   Plaintiffs claim they have been denied the right to depose the witnesses that Plaintiffs have used in their motion for summary judgment. The Court disagrees. Plaintiffs may subpoena them, as required by the Federal Rules. Alternatively, Plaintiffs may submit interrogatories to them. The Court may not, however, seek discovery on other occurrences in the U.S. Army which have taken place in the last five years. The Court will not permit such broad discovery. Plaintiffs should limit discovery to Defendant's knowledge or acquiescence in the conduct of Jesús Soto.<br>   The Court grants Plaintiffs a **final** extension until **August 21, 2000,** to **conclude** discovery and until **September 1, 2000,** to file an opposition to the motion for summary judgment. No further extensions will be granted to these deadlines. The Court will not consider any further motions for extensions of time.<br>   The motion for reconsideration is denied. |

Date 8/10/01

HECTOR M. LAFFITTE
Chief U.S. District Judge