UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Johanna Piñero Ocana, et al
v.
U.S.A.

CASE NUMBER: 97-1332 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8.11.00   **Docket #** 36<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion requesting extension due to illness | A **final** extension is hereby granted until **August 30, 2000**, to **conclude** discovery and until **September 6, 2000**, to file an opposition to the motion for summary judgment. No further extensions will be granted to these deadlines. The Court will not consider any further motions for extensions of time. |

Date 8/16/10

HECTOR M. LAFFITTE
Chief U.S. District Judge

