UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Johanna Piñero Ocana, et al
v.  CASE NUMBER: 97-1332 (HL)
U.S.A.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9.6.00   **Docket # 38**<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion requesting extension | Plaintiffs again move for an extension to file an opposition to the motion for summary judgment. The Court has already granted <u>three</u> extensions to this deadline. *See* docket nos. 28, 35, 37. The Court grants a <u>final</u> extension until **September 20, 2000**, to file an opposition to the motion for summary judgment. No further extensions will be granted to these deadlines. The Court will not consider any further motions for extensions of time. If the health of Plaintiffs' counsel prevents him from preparing a response, he should consider getting another attorney to assist him in preparing an opposition. |

Date 9/8/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

