ENTERED ON DOCKET
10/3/00
PURSUANT TO FRCP RULES 58 & 79a

# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

JOHANNA PIÑERO OCANA, et al,
  Plaintiffs,

v.                                          Civil No. 97-1332 (HL)

U.S.A., et al,
  Defendants.

## JUDGMENT

The Court having entered an opinion and order on this same date, judgment is hereby entered dismissing with prejudice Plaintiffs' FTCA claims. Any non-FTCA claims against Defendant Jesús Soto are dismissed without prejudice.

San Juan, Puerto Rico, September 29, 2000.

HECTOR M. LAFFITTE
Chief U.S. District Judge

AO 72A
(Rev.8/82)