UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Johanna Piñero Ocaña, Graciela Ocaña Dominguez and Carmelo Piñero Berrios<br>**PLAINTIFFS**<br>Vs.<br>United States of America, Jesús A. Soto, Mrs. De Soto and Their Conjugal Partnership<br>**DEFENDANTS** | Civil No. 97-1332 HL |

### NOTICE OF APPEAL

Notice of hereby given that all the above captioned plaintiffs in this case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this case on September 29, 2000, entered on docket on September 29, 2000, under Civil Number 97-1332 (HL). Said judgment dismissed the present complaint in this case against the above mentioned defendants. The facts and issues in controversy are extremely meritorious in favor of the above captioned plaintiffs.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this October 26, 2000.

I HEREBY CERTIFY that on this same date a true and exact copy of foregoing proof-of-service was sent by first-class mail to Isabel Muñoz Acc

Assistant U.S. Attorney, Room 452, Federal Building 150 Carlos Chardon Street, Hato Rey, P.R. 00918.

RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
EDIF. ASOC. DE MAESTROS 609
AVE. PONCE DE LEON 452
HATO REY, P.R. 00918
USDC-119606
TELEPHONE: (787) 764-3280