UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Johanna Piñero Ocana, et al
v.
U.S.A.

CASE NUMBER: 97-1332 (HL)



| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.13.00   **Docket # 42**<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Final opposition and motion for reconsideration | The Government shall file a response to Plaintiffs' motion by December 15, 2000. |

Date 11/28/00

HECTOR M. LAFFITTE
Chief U.S. District Judge