UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JOHANNA PIÑERO OCANA, et al,
Plaintiffs,

v.

Civil No. 97-1332 (HL)

U.S.A., et al,
Defendants.

## AMENDED JUDGMENT

The Court having entered an order on this same date, an amended judgment is hereby entered dismissing with prejudice Plaintiffs' FTCA claims, dismissing without prejudice any non-FTCA claims against Defendant Jesús Soto, and denying Plaintiffs' motion for reconsideration.

San Juan, Puerto Rico, August 9, 2001.

HECTOR M. LAFFITTE
Chief U.S. District Judge



AO 72A
(Rev.8/82)